STEPHANIE M. HINDS (CABN 154284)
Acting United States Attorney

FILED

Jun 28 2021

SUSAN Y. SOONG
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE

~~SEALED BY ORDER OF THE COURT~~

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, <br>     Plaintiff, <br>   v. <br> MOUNIR GAD, and <br> NATHAN GUIDO, <br>     Defendants. | CASE NO. CR 21-00261-LHK-NC <br><br> VIOLATIONS: 15 U.S.C. § 78j(b) and 78ff, 17 C.F.R. §§ 240.10b-5, 240.10b5-1, and 240.10b5-2, 18 U.S.C. § 2 (Securities Fraud) <br><br> SAN JOSE VENUE <br><br> UNDER SEAL |

### INFORMATION

The United States Attorney charges:

<u>Relevant Entity and Individuals</u>

1.  At all relevant times, Silicon Valley Bank ("SVB") was a bank in Palo Alto, California. A portion of SVB's business was devoted to advising companies on various financings and business-related transactions.

2.  At all relevant times, MOUNIR GAD was employed as a vice president by SVB in its Sponsor Finance Group in Palo Alto, California.

3.  At all relevant times, NATHAN GUIDO was a friend of MOUNIR GAD.

<u>The SVB Inside Information</u>

4.  At all relevant times, SVB maintained written policies prohibiting the dissemination of

INFORMATION                           1

material non-public and confidential information relating to pending transactions and financings in which SVB was involved.  Throughout his employment at SVB, MOUNIR GAD received repeated training and guidance about the proper use of material non-public and confidential information and the prohibitions against the improper use of such information including violations of the insider trading laws.  As a trained investment banking professional, MOUNIR GAD knew and understood the rules relating to the use of material non-public and confidential information.

5. At various times relevant to this Information, SVB provided services and advice to SVB clients in connection with the confidential transactions described below (the "SVB Inside Information"):

a. Procera Networks, Inc.: In or about March and April 2015, SVB advised Francisco Management, L.P., on financing matters related to the acquisition of Procera Networks, Inc. On or about April 22, 2015, there was a public announcement related to this acquisition.

b. Sizmek Inc.: In or about July and August 2016, SVB advised Vector Capital on financing matters related to the acquisition of Sizmek Inc.  On or about August 3, 2016, there was a public announcement related to this acquisition.

6. As a result of his employment at SVB, MOUNIR GAD had access to material non-public information relating to the SVB Inside Information.

7. MOUNIR GAD shared SVB Inside Information with NATHAN GUIDO, which NATHAN GUIDO used to execute securities transactions.  MOUNIR GAD and NATHAN GUIDO personally benefited from these transactions.

COUNTS ONE AND TWO: 15 U.S.C. § 78j(b) and 78ff, 17 C.F.R. §§ 240.10b-5, 240.10b5-1, and 240.10b5-2, 18 U.S.C. § 2 (Securities Fraud)

8. Paragraphs 1 through 6 are realleged as if set forth fully herein.

9. On or about the dates set forth below, in the Northern District of California and elsewhere, the defendants,

MOUNIR GAD, and
NATHAN GUIDO,

willfully, directly and indirectly, by use of the means and instrumentalities of interstate commerce, the mails and the facilities of national securities exchanges, in connection with the purchase and sale of

securities, did use and employ manipulative and deceptive devices and contrivances, and aided and abetted others in using and employing manipulative and deceptive devices and contrivances by (a) using a device or scheme to defraud; (b) making untrue statements of material facts and failing to disclose material facts that resulted in making the defendant's statements misleading; and (c) engaging in acts, practices, and courses of business that operated and would operate as a fraud or deceit upon persons, to wit, NATHAN GUIDO executed and caused others to execute the securities transactions listed below based on material, non-public information and confidential information that NATHAN GUIDO obtained from MOUNIR GAD, and that MOUNIR GAD obtained in the course of his employment at SVB:

| COUNT | TRADE DATE | SECURITY | TRADE |
|---|---|---|---|
| ONE | April 16, 2015 | Procera Networks, Inc. | Purchased 750 shares |
| TWO | August 1, 2016 | Sizmek Inc. | Purchased 26,022 shares |

All in violation of 15 U.S.C. § 78j(b) and 78ff, 17 C.F.R. §§ 240.10b-5, 240.10b5-1, and 240.10b5-2, 18 U.S.C. § 2.

DATED: June 25, 2021

STEPHANIE M. HINDS
Acting United States Attorney

*Sarah E. Griswold*
SARAH E. GRISWOLD
Assistant United States Attorney

SEALED BY ORDER OF THE COURT

# DEFENDANT INFORMATION RELATIVE TO A CRIMINAL ACTION - IN U.S. DISTRICT COURT

BY: ☐ COMPLAINT  ☒ INFORMATION  ☐ INDICTMENT  ☐ SUPERSEDING

**OFFENSE CHARGED**

Counts 1 & 2: Securities Fraud in violation of 15 U.S.C. § 78j(b) and 78ff, 17 C.F.R. §§ 240.10b-5, 240.10b5-1, and 240.10b5-2, 18 U.S.C. § 2

☐ Petty
☐ Minor
☐ Misdemeanor
☒ Felony

PENALTY: Counts 1 & 2: Maximum 20 years in prison, $5,000,000 fine, 3 years supervised release, $100 special assessment per count

Name of District Court, and/or Judge/Magistrate Location
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE DIVISION

**DEFENDANT - U.S**

▶ Mounir Gad

DISTRICT COURT NUMBER

**CR 21-00261-LHK-NC**

FILED
Jun 28 2021
SUSAN Y. SOONG
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE

**PROCEEDING**

Name of Complaintant Agency, or Person (& Title, if any)
FBI Special Agent Francesca Cheli

☐ person is awaiting trial in another Federal or State Court, give name of court

☐ this person/proceeding is transferred from another district per (circle one) FRCrp 20, 21, or 40. Show District

☐ this is a reprosecution of charges previously dismissed which were dismissed on motion of:
  ☐ U.S. ATTORNEY   ☐ DEFENSE

SHOW DOCKET NO.

☐ this prosecution relates to a pending case involving this same defendant

MAGISTRATE CASE NO.

☐ prior proceedings or appearance(s) before U.S. Magistrate regarding this defendant were recorded under

Name and Office of Person Furnishing Information on this form: Stephanie Hinds, Acting USA
☒ U.S. Attorney  ☐ Other U.S. Agency

Name of Assistant U.S. Attorney (if assigned): Sarah E. Griswold

**DEFENDANT**

**IS NOT IN CUSTODY**
Has not been arrested, pending outcome this proceeding.
1) ☒ If not detained give date any prior summons was served on above charges ▶ N/A

2) ☐ Is a Fugitive

3) ☐ Is on Bail or Release from (show District)

**IS IN CUSTODY**
4) ☐ On this charge
5) ☐ On another conviction       ☐ Federal  ☐ State
6) ☐ Awaiting trial on other charges
If answer to (6) is "Yes", show name of institution

Has detainer been filed?  ☐ Yes  ☐ No
If "Yes" give date filed: Month/Day/Year

DATE OF ARREST ▶ Month/Day/Year
Or... if Arresting Agency & Warrant were not

DATE TRANSFERRED TO U.S. CUSTODY ▶ Month/Day/Year

☐ This report amends AO 257 previously submitted

**ADDITIONAL INFORMATION OR COMMENTS**

PROCESS:
☒ SUMMONS  ☐ NO PROCESS*  ☐ WARRANT      Bail Amount:

If Summons, complete following:
☒ Arraignment  ☒ Initial Appearance

Defendant Address:

* Where defendant previously apprehended on complaint, no new summons or warrant needed, since Magistrate has scheduled arraignment

Date/Time: 6/30/2021, at 1:00 p.m.    Before Judge: Ryu

Comments:

| | | |
|---|---|---|
| **DEFENDANT INFORMATION RELATIVE TO A CRIMINAL ACTION - IN U.S. DISTRICT COURT** | | |

BY: ☐ COMPLAINT   ☒ INFORMATION   ☐ INDICTMENT   ☐ SUPERSEDING

Name of District Court, and/or Judge/Magistrate Location:
**NORTHERN DISTRICT OF CALIFORNIA — SAN JOSE DIVISION**

**OFFENSE CHARGED**

Counts 1 & 2: Securities Fraud in violation of 15 U.S.C. § 78j(b) and 78ff, 17 C.F.R. §§ 240.10b-5, 240.10b5-1, and 240.10b5-2, 18 U.S.C. § 2

☐ Petty
☐ Minor
☐ Misdemeanor
☒ Felony

PENALTY: Counts 1 & 2: Maximum 20 years in prison, $5,000,000 fine, 3 years supervised release, $100 special assessment per count

**DEFENDANT - U.S**
➤ Nathan Guido

**DISTRICT COURT NUMBER**
CR 21-00261-LHK-NC

FILED
Jun 28 2021
SUSAN Y. SOONG
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE

**PROCEEDING**

Name of Complaintant Agency, or Person (& Title, if any): FBI Special Agent Francesca Cheli

☐ person is awaiting trial in another Federal or State Court, give name of court

☐ this person/proceeding is transferred from another district per (circle one) FRCrp 20, 21, or 40. Show District

☐ this is a reprosecution of charges previously dismissed which were dismissed on motion of:
☐ U.S. ATTORNEY   ☐ DEFENSE
SHOW DOCKET NO.

☐ this prosecution relates to a pending case involving this same defendant

☐ prior proceedings or appearance(s) before U.S. Magistrate regarding this defendant were recorded under
MAGISTRATE CASE NO.

Name and Office of Person Furnishing Information on this form: Stephanie Hinds, Acting USA
☒ U.S. Attorney   ☐ Other U.S. Agency

Name of Assistant U.S. Attorney (if assigned): Sarah E. Griswold

**DEFENDANT**

**IS NOT IN CUSTODY**
1) ☒ Has not been arrested, pending outcome this proceeding. If not detained give date any prior summons was served on above charges ➤ N/A
2) ☐ Is a Fugitive
3) ☐ Is on Bail or Release from (show District)

**IS IN CUSTODY**
4) ☐ On this charge
5) ☐ On another conviction   ☐ Federal   ☐ State
6) ☐ Awaiting trial on other charges
If answer to (6) is "Yes", show name of institution

Has detainer been filed?   ☐ Yes   ☐ No
If "Yes" give date filed: Month/Day/Year

DATE OF ARREST ➤ Month/Day/Year
Or... if Arresting Agency & Warrant were not
DATE TRANSFERRED TO U.S. CUSTODY ➤ Month/Day/Year

☐ This report amends AO 257 previously submitted

**ADDITIONAL INFORMATION OR COMMENTS**

PROCESS:
☒ SUMMONS   ☐ NO PROCESS*   ☐ WARRANT
Bail Amount:

If Summons, complete following:
☒ Arraignment   ☒ Initial Appearance
Defendant Address:

* Where defendant previously apprehended on complaint, no new summons or warrant needed, since Magistrate has scheduled arraignment

Date/Time: 6/30/2021, at 1:00 p.m.   Before Judge: Ryu

Comments: