AO 455 (Rev. 01/09) Waiver of an Indictment

# UNITED STATES DISTRICT COURT
for the
Northern District of California

| | |
|---|---|
| United States of America<br>v.<br>Nathan Guido<br>Defendant | Case No. CR 21-00261-LHK-02 |

## WAIVER OF AN INDICTMENT

I understand that I have been accused of one or more offenses punishable by imprisonment for more than one year. I was advised in open court of my rights and the nature of the proposed charges against me.

After receiving this advice, I waive my right to prosecution by indictment and consent to prosecution by information.

Date: 06/29/2021

_____
Defendant's signature

_____
Signature of defendant's attorney

Leo P. Cunningham
Printed name of defendant's attorney

_____  06/30/2021
Judge's signature

DONNA M. RYU, United States Magistrate Judge
Judge's printed name and title

RECEIVED
10:01 am, Jun 30 2021
SUSAN Y. SOONG
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE